(May 22, 1967)

In the Matter of the Claim of THOMAS P. VITO, Respondent. LEONARD DESSON, Doing Business as DESSON FARMS, Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— GABRIELLI, J.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. IRVING ELLINGTON, Appellant, v. DANIEL J. McMANN, as Warden of Clinton Prison, Respondent.—

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLAYTON QUINTON, Appellant, v. DANIEL McMANN, as Warden of Clinton State Prison, Respondent. — MEMORANDUM BY THE COURT.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by the court.